IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


LEIGH A. TREMBLAY                                              Plaintiff

v.                             3:08CV00066 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                       Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 29th day of September, 2009.


                                    _____
                                    UNITED STATES MAGISTRATE JUDGE